UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 24-cr-40042<br>CR _____ |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Conspiracy to Distribute a Controlled Substance |
| CATHERINE L. HAMILTON ▮ | (21 U.S.C. §§ 841(a)(1) and 846) |
| Defendants. | |

The Grand Jury charges:

Beginning on an unknown date and continuing until on or about December 29, 2023, in the District of South Dakota and elsewhere, Catherine L. Hamilton ▮▮▮▮▮▮▮▮▮▮ did knowingly and intentionally combine, conspire, confederate, and agree together, with others known and unknown to the Grand Jury, to knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

A TRUE BILL:

***Name Redacted***

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By: *[signature: Ann Hoffman]*